# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| VALERI R. WILSON, | : | CIVIL ACTION |
|---|---|---|
| Plaintiff, | : | No. 07-0560 |
| v. | : | Judge Lancaster |
| LOWE'S HOME CENTERS, INC., | : | **Electronic Filing** |
| Defendant. | : | |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between counsel for the parties hereto and ORDERED by the Court that the above-captioned action shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,                    Respectfully submitted,

/s/ Gregory T. Kunkel                      /s/ Daniel H. Aiken. (by consent)
Gregory T. Kunkel, Esq.                    Thomas J. Barton, Esq.
Pa. I.D. No. 58027                         Daniel H. Aiken, Esq.

Kunkel & Fink, LLP                         Drinker Biddle & Reath LLP
Brentwood Professional Bldg.               One Logan Square
4411 Stilley Road, Suite 206               18th and Cherry Streets
Brentwood, PA 15227                        Philadelphia, PA 19103-6996
(412) 885-3880                             (215) 988-2700
E-Mail: greg.kunkel@verizon.net            E-mail: daniel.aiken@dbr.com
                                           E-mail: thomas.barton@dbr.com
Counsel for Plaintiff
                                           Counsel for Defendant

Date: March 25, 2008

SO ORDERED:

_G. L. Lancaster_, J.

Date: _3/25/08_